IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  MICHAEL E. BRITTON                                         CASE NO. 16-50502-KMS
DEBTOR                                                                              CHAPTER 13

**BANKPLUS'S OBJECTION TO DEBTOR'S MOTION TO REINSTATE CHAPTER 13 BANKRUPTCY**

BankPlus files this objection to *Debtor's Motion to Reinstate Chapter 13 Bankruptcy* (Dkt. # 186, the "Motion"), and in support thereof would show unto the Court as follows:

1. The Chapter 13 Plan (Dkt. # 15, the "Plan") for Michael E. Britton (the "Debtor") confirmed by the *Order Confirming the Debtor's Plan, Awarding a Fee to the Debtor's Attorney and Related Orders* (Dkt. # 107, the "Confirmation Order"), entered August 15, 2016, provided in relevant part that the Debtor was to make monthly payments to BankPlus in the amount of $1,719.62 beginning in April 2015.

2. The *Agreed Order on Motion for (1) Relief from the Automatic Stay, and (2) Abandonment of Property of the Estate* (Dkt. # 149, the "Lift Stay Order") entered December 5, 2016 provided that the automatic stay under 11 U.S.C. § 362 would automatically lift if the Debtor became more than 30 days delinquent in Chapter 13 Plan payments to BankPlus, calculated from the first day of the first delinquent month.

3. On May 10, 2018, BankPlus mailed written notice of default to the Debtor and his attorney advising that the Debtor had become 72 days delinquent on his Plan payments, having a then past due balance of $5,158.86.

4. On May 11, 2018, BankPlus filed an *Affidavit of Default* (Dkt. # 177, the "Affidavit") providing in relevant part that it mailed written notice of default to the Debtor and his attorney on May 10, 2018, and that the automatic stay terminated as of May 10, 2018, pursuant to the Lift Stay Order without further order of the Court.

5.  Thereafter on July 11, 2018, a *Final Order of Dismissal* (Dkt. #181, the "Dismissal") was entered, and the instant Chapter 13 Case was dismissed for the Debtor's failure to keep his Plan payments current.

6.  The Debtor subsequently filed this Motion on August 2, 2018, alleging that he had become current on his Plan payments. However, the Debtor has not become current or made any subsequent payments toward his Plan obligations owed to BankPlus.

**WHEREFORE, PREMISES CONSIDERED,** BankPlus prays that the Debtor's Motion be denied. BankPlus further prays for general relief.

**THIS** the 23rd day of August, 2018.

                                              Respectfully submitted,

                                              **BANKPLUS**

                                              By: /s/ William H. Leech
                                                    William H. Leech, MSB No. 1175
                                                    Sarah Beth Wilson, MSB No. 103650
                                                    Christopher H. Meredith, MSB No. 103656
                                                    Shauncey G. Hunter, MSB No. 109185
                                                    Michael D. Anderson, MSB No. 105523
                                                    *Its Attorneys*

OF COUNSEL:
Copeland, Cook, Taylor & Bush, P.A.
600 Concourse, Suite 100
1076 Highland Colony Parkway (Zip—39157)
P.O. Box 6020
Ridgeland, MS  39158
Telephone: (601) 856-7200
Facsimile:  (601) 856-7626
bleech@cctb.com
sbwilson@cctb.com
cmeredith@cctb.com
shunter@cctb.com
manderson@cctb.com

## **CERTIFICATE OF SERVICE**

I certify that I have this day served, via the Court's ECF Notification System, a true and correct copy of the above and foregoing on everyone signed up to receive ECF notices in this case, including:

David L. Lord
lordlawfirm2@bellsouth.net
*Attorney for the Debtor*

Nicholas Grillo
Lordlawfirm2@bellsouth.net
*Attorney for the Debtor*

J.C. Bell
mdg@jcbell.net
*Chapter 13 Trustee*

Samuel J. Duncan
Sduncan@jcbell.net
*Counsel to Chapter 13 Trustee*

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

and via United States Mail, postage prepaid, upon the following:

Michael E. Britton
18 Clara School Road
Waynesboro, MS 39367

| | |
|---|---|
| *Advantage Financial*<br>*1910 Hardy St. Ste F*<br>*Hattiesburg, MS 39401* | *American Express*<br>*P.O. Box 650448*<br>*Dallas, TX 75265* |
| *Barclay's*<br>*P.O. Box 8801*<br>*Wilmington, DE 19899* | *Bill McLeod*<br>*McLeod & Associates*<br>*10 Professional Pkwy*<br>*Hattiesburg, MS 39402* |
| *Britton CPA LLC*<br>*P.O. Box 917*<br>*Waynesboro, MS 39367* | *Britton Investment Group LLC*<br>*P.O. Box 917*<br>*Waynesboro, MS 39367* |

Norman Trigg
P.O. Box 33
Clara, MS 39324

Prosper Marketplace
P.O. Box 396081
San Francisco, CA 94139-6081

Republic Finance
1600 Hwy 15 N. STE 300B
Laurel, MS 39440

Synchrony Bank
Amazon Credit Card
P.O. Box 96013
Orlando, FL 32896

USAA 10750 McDermott Fwy
San Antonio, TX 78288

Britton Realty LLC
P.O. Box 1451
Waynesboro, MS 39367

Club Intrawest
375 Water St Ste 326
Vancouver BC BC VGB 5c6

Discover
P.O. Box 30943
Salt Lake City, UT 84130

First State Bank
708 Azalea Drive
Waynesboro, MS 39367

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

One Main Financial
P.O. Box 183172
Columbus, OH 43218-3172

Rapid Advance Small Business Fin.
Solutions
4500 East West Highway 6th Floor
Bethesda, MD 20814

Southern Financial Systems
P.O. Box 15203
Hattiesburg, MS 39404

Tower Loan-Waynesboro
909 Robinson St.
Waynesboro, MC 39367

Walter Barker
44 Fox Hollow
Laurel, MS 39443

Central Sunbelt Federal Credit
1506 Congress Street #3
Laurel, MS 39442

Department of Revenue
P.O. Box 23050
Jackson, MS 39225-3050

First Data Global Leasing
P.O. Box 173845
Denver, CO 80217

Frist State Bank
P.O. Box 506
Waynesboro, MS 39367

Internal Revenue Service
c/o Attorney General
950 Pennsylvania Ave NW
Washington, DC 20530-0009

*Wayne General Hospital*
*950 Matthew Dr.*
*Waynesboro, MS 39367*

*Waynesboro Animal Clinic*
*P.O. Box 367*
*Waynesboro, MS 39367*

*WE Hutcherson*
*34 W E Hutcherson Rd*
*Waynesboro, MS 39367*

*Wells Fargo Dealer Services*
*P.O. Box 25341*
*Santa Ana, CA 92799*

*Yellow Page*
*P.O. Box 5010*
*Carol Stream, IL 60197*

*Internal Revenue Service*
*c/o U.S. Attorney*
*501 E. Court St. Ste 4.430*
*Jackson, MS 39201*

*Internal Revenue Service*
*c/o Asst. US Atty*
*1575 20th Ave.*
*Gulfport, MS 39501*

*John Lockwood*
*Kearns Briven & Monaghan*
*20 E Division*
*Dover, DE 19901*

*Labcorp Laboratory Corporation of America*
*P.O. Box 2240*
*Burlington, NC 27216*

*Lee Gore Esq*
*P.O. Box 18138*
*Hattiesburg, MS 39404*

*Lowes/Synchrony Bank*
*P.O. Box 530914*
*Atlanta, GA 30353*

*Navient/Dept of Education*
*P.O. Box 9533*
*Wilkes Barre, PA 18773*

*Navient/Dept of Education*
*c/o Attorney General*
*950 Pennsylvania Ave NW*
*Washington, DC 20530-0009*

*Navient/Dept of Education*
*c/o U.S. Attorney*
*501 E Court St Ste 4.430*
*Jackson, MS 39201*

*Navient/Dept of Education*
*c/o Asst. US Atty*
*1575 20th Ave.*
*Gulfport, MS 39501*

**THIS** the 23rd day of August, 2018.

/s/ William H. Leech
*Of Counsel*